```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


JEFFREY HOGE, individually      )
and on behalf of all others     )
similarly situated,             )
                                )
              Plaintiff,         )
                                )        1:23-cv-346
     v.                         )
                                )
VSS-SOUTHERN THEATERS LLC,      )
                                )
              Defendant.         )
```

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss, (Doc. 16), is **GRANTED**, and Plaintiff's Complaint, (Doc. 1), is hereby **DISMISSED**.

This the 10th day of September, 2024.


_____
United States District Judge